# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOHN HOOVER, et al.,** | } |
| | } |
| **Plaintiffs,** | } |
| | } |
| **v.** | } Case No.: 2:22-cv-00261-RDP |
| | } |
| **BLUE CROSS BLUE SHIELD** | } |
| **ASSOCIATION, et al.** | } |
| | } |
| **Defendants.** | } |

## ORDER FOR JOINT REPORT

On February 14, 2022, this case was transferred by Judicial Panel on Multidistrict Litigation from the United States District Court for the Southern District of Florida to this court for inclusion in MDL No. 2406. (Doc. # 37). At that time, this court was in the process of evaluating the Subscriber Class Action Settlement in the MDL. On August 9, 2022, the court granted final approval to that Settlement. (Case 2:13-cv-20000-RDP, Doc. # 2931). On June 24, 2024, upon the Supreme Court's denial of two petitions for writs of certiorari, the Subscriber Class Action Settlement became effective.

Since late June 2024, the court has been reviewing the status of the individual cases in the MDL and has renewed that effort upon being notified that the parties to the Provider track had reached a tentative settlement. Plaintiffs in this case are individuals who purchased various health insurance policies issued by Blue Cross Blue Shield entities. That is, the Plaintiffs are subscribers to Blue Cross Blue Shield health insurance policies. (Doc. # 39). The court notes that this case is the sole remaining Subscriber case pending in MDL 2406. Therefore, the question before the court is whether this court should recommend to the JPML that this case be remanded to the United States District Court for the Southern District of Florida.

**On or before October 23, 2024**, the parties to this case **SHALL** (1) meet and confer and (2) file a joint report regarding their positions on whether this case should be remanded to the Southern District of Florida and/or how this case should otherwise proceed.

**DONE** and **ORDERED** this October 16, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE